# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | NO. 3:97-CR-0023 |
|---|---|
| v. | (JUDGE CAPUTO) |
| WILLIAM R. JENKINS, | |
| Defendant. | |

## ORDER

**NOW**, this 15th day of December, 2017, **IT IS HEREBY ORDERED** that:

(1) Defendant's Motion to Correct Sentence under 28 U.S.C. § 2255 (Doc. 152) is **DISMISSED without prejudice** as time-barred.

(2) A certificate of appealability **shall issue** as to whether *United States v. Johnson*, 135 S. Ct. 2551 (2015) "newly recognize[s]" a right for Defendant under 28 U.S.C. § 2255(f)(3).

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                       /s/ A. Richard Caputo
                                                     A. Richard Caputo
                                                     United States District Judge